# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2023

FILED ON PACER/DELIVERED TO COURT VIA EMAIL

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Christian Lino Vasquez* 22cr663 (KMK)

Dear Judge Karas,

Defense counsel is writing to request that Mr. Vasquez's status conference currently scheduled for May 10, 2023 be continued for approximately one month.

Mr. Vasquez was arrested on October 18, 2022 on a one-count complaint alleging illegal reentry in violation of 8 U.S.C. § 1326(a) and (b)(2). He was released on bond. He was indicted on the same charge on December 15, 2022. He appeared before your Court on January 10, 2023. On that date, defense counsel explained that Mr. Vasquez was inquiring whether his underlying felony could be vacated.

Since January 10, 2023, defense counsel has learned that vacating Mr. Vasquez's underlying state felony will be very difficult. As such, Mr. Vasquez and the government are currently working on a pretrial resolution. A one-month adjournment will give the government time to provide Mr. Vasquez with a *Pimentel* letter and allow Mr. Vasquez to determine how to proceed.

I have discussed this requested adjournment with AUSA Timothy Ly. He has no objection to this request. Mr. Vasquez remains on pretrial release and is compliant with all conditions.

Sincerely,

*[signature]*

Rachel S. Martin

cc:  AUSA Timothy Ly (via e-mail)

Granted. The conference is adjourned to 6/13/23, at 2:00. Time is excluded until then, in the interests of justice, to allow the Parties to continue their discussions toward a disposition of this case. The interests of justice from this exclusion outweigh the public's and Mr. Vasquez's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*[signature]*

5/8/23